UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1278 (RMU) ) |
| HELCRIST IRONWORKS, INC. | ) ) |
| Defendant. | ) ) |

## AFFIDAVIT OF SERVICE
## ON DEFENDANT HELCRIST IRON WORKS, INC.

I hereby affirm that a copy of Plaintiffs' complaint and summons were served on Defendant on August 23, 2006, via overnight delivery at the following address:

Enoch Heggs, President
Helcrist Iron Works, Inc.
4643 Paschall Avenue
Philadelphia, PA 19143-4426

I declare that the foregoing is true and correct.

Date: August 23, 2006

Brent Glodowski
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
(202) 797-8700

Paralegal

H:\Clients\0150\203\Affidavit of Service.wpd

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 23, 2006 |
| NAME OF SERVER *(PRINT)* Brent Godowsky | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Summons & complaint overnighted to Defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 23, 2006          *[signature]*
                Date                   Signature of Server

Slevin & Hart P.C.
1625 Massachusetts Ave, NW  Ste. 450
Washington, DC 20036
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UPS Uni

Shipping | Tracking | Support | Business Solutions

Log-In  User ID:       Password:           | Forgot Password

Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help

## Track by Tracking Number

View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z F2R 941 01 9272 225 9 | **Delivered** | Delivered on: | 08/23/2006 9:58 A.M. |
| | | Delivered to: | US |
| | | Signed by: | SMACK |
| | | Service Type: | NEXT DAY A |

→ View package progress

Tracking results provided by UPS: 08/23/2006 11:10 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advan UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to a location of The UPS Store®, UPS Drop Box, UPS Customer Center or Authorized Shipping Outlet near you. Items sent via UPS Return Services (including Ground Returns) are accepted at any UPS Drop Box.
   - To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE

