UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1278 (RMU) ) |
| HELCRIST IRONWORKS, INC. | ) ) ) |
| Defendant. | ) ) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify this 20th day of September, 2006 that I am the attorney of record for the plaintiffs in the above-entitled case; that the defendant, Helcrist Ironworks, Inc., was served with process via overnight mail pursuant to the provisions of Fed. R. Civ. P. Rule 4(e)(1) and DC Code sec. 13-431(a)(2), at following address.

> Enoch Heggs, President
> Helcrist Iron Works, Inc.
> 4643 Paschall Avenue
> Philadelphia, PA 19143-4426

I further certify that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; and that the defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant.

                                    /s/ Marc Rifkind
                                    Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                    SLEVIN & HART, P.C.
                                    1625 Massachusetts Avenue, NW, Suite 450
                                    Washington, DC   20036
                                    202-797-8700  (Telephone)
                                    202-234-8231  (Facsimile)

                                    Counsel for Plaintiffs

Dated: September 20, 2006

H:\Clients\0150\203\Default\Affidavit of Default.wpd