UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* </br></br> Plaintiffs, </br></br> v. </br></br> HELCRIST IRONWORKS, INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-1278 (RMU) </br> ) </br> ) </br> ) </br> ) |

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify this 20th day of September, 2006, that I am the duly authorized agent of the plaintiffs in the above-listed case and make this certificate in plaintiff's behalf. I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiffs, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training

or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is a corporation.

                                        Respectfully Submitted,

                                        /s/ Marc Rifkind
                                        Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                        SLEVIN & HART, P.C.
                                        1625 Massachusetts Avenue, NW, Suite 450
                                        Washington, DC   20036
                                        202-797-8700  (Telephone)
                                        202-234-8231  (Facsimile)

Dated: September 20, 2006                    Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify this 20th day of September, 2006, that I caused to be served a copy of the foregoing Affidavit in Support of Default and Military Affidavit and by sending a copy of same first-class delivery, postage-prepaid to the following party:

        Enoch Heggs, President
        Helcrist Iron Works, Inc.
        4643 Paschall Avenue
        Philadelphia, PA 19143-4426

        /s/ Marc Rifkind
        Marc Rifkind

H:\Clients\0150\203\Default\Military Affidavit.wpd