UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> HELCRIST IRONWORKS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-1278 (RMU) ) ) ) ) ) |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for entry of a partial judgment in favor of Plaintiffs and against Defendants as follows:

1. Judgment ordering Helcrist Ironworks, Inc. ("Defendant" or "Helcrist") to pay to Plaintiffs National Shopmen Pension Fund ("Fund") and its Trustees delinquent monthly contributions owed by Defendants to the Fund for the period January through April 2006 and December 2006 in the estimated amount of $478.37.

2. Judgment ordering Defendants to pay to the Fund interest, calculated at the rate of seven percent per annum from the date each contribution was due until the earlier of the date paid or January 30, 2007, on delinquent contributions due for December 2005 through December 2006 and in the amount of $49.59;

3. Judgment ordering Defendants to pay to the Fund liquidated damages, calculated at the rate of 20% of the amount of each delinquent monthly contribution unpaid at the time suit was

filed, for contributions due during the period December 2005 through December 2006 in the estimated amount of $274.54;

4. Judgment ordering Defendants to pay to the Fund the attorneys' fees and costs that it incurred from June 5, 2006 through January 24, 2007 in the amount of $3,153.85;

5. Judgment requiring Defendants to submit to a payroll audit by the Fund within 30 days of entry of Judgment in the case.

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities, Declaration of A. H. Higgs, Jr., and Affidavit of Marc H. Rifkind, Esq. Plaintiffs request that the Court retain jurisdiction pending receipt and analysis by the Fund of Defendants' missing remittance reports and completion of the Fund's payroll audit, so that a supplemental order may be entered in the event that any additional amounts are found to be due from Defendants to the Fund.

                                      Respectfully submitted,

Dated: January 31, 2007

/s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC 20036
202-797-8700 (Telephone)
202-234-8231 (Facsimile)

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify this 30th day of January, 2007, that I caused to be served a copy of the foregoing Motion for Default Judgment; Brief in Support thereof, Affidavits of Marc Rifkind and A. H. Higgs, Jr., and the proposed Judgment same via regular mail, postage-prepaid to the following party:

        Enoch Heggs, President
        Helcrist Iron Works, Inc.
        4643 Paschall Avenue
        Philadelphia, PA 19143-4426


        /s/ Marc Rifkind
        Marc Rifkind


        Counsel for Plaintiffs

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/23536/1